NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 07a0803n.06
Filed: November 15, 2007

No. 06-6525

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT


| | | |
|---|---|---|
| MARI MITCHELL, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| SIX CONTINENTS HOTELS, INC., dba | ) | MIDDLE DISTRICT OF TENNESSEE |
| Intercontinental Hotels Group Resources, Inc., | ) | |
| dba Holiday Inn Select Hotel–Vanderbilt, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |


Before: DAUGHTREY and COOK, Circuit Judges; and VINSON, District Judge.[*]


PER CURIAM. Plaintiff Mari Mitchell appeals the district court's grant of summary judgment for Defendant Six Continents Hotels, Inc. Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in dismissing the complaint. The reasons having been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and serve no useful purpose. Accordingly, we affirm the judgment of the district court upon the reasoning set out by that court in its memorandum entered on November 3, 2006.

---

[*]The Honorable C. Roger Vinson, Senior United States District Judge for the Northern District of Florida, sitting by designation.